1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 TATYANA PANKOVA,                    )
                                       )  No. C 07-3788 CRB
13                                     )
              Plaintiff,               )
14                                     )
       v.                              )
15                                     )  **STIPULATION TO DISMISS; AND**
   Department of Homeland Security, MICHAEL ) ~~[PROPOSED]~~ **ORDER**
16 CHERTOFF, Secretary; United States  )
   Citizenship and Immigration Services, )
17 EMILIO T. GONZALEZ, Director; United )
   States Citizenship and Immigration Services, )
18 ROSEMARY MELVILLE, District Director; )
   U.S. Attorney General, ALBERTO GONZALES; )
19 Federal Bureau of Investigation, ROBERT S. )
   MUELLER, III, Director,             )
20                                     )
              Defendants.               )
21 _____)

22     Plaintiff, by and through her attorneys of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 action without prejudice in light of the fact that the United States Citizenship and Immigration

25 Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

26 within 30 days of the dismissal of this action.

27     Each of the parties shall bear their own costs and fees.

28 ///

Stipulation to Dismiss
C07-3788 CRB                                1

1 | Dated: September 17 , 2007        Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

          /s/
ILA C. DEISS
Assistant United States Attorney
Attorney for Defendants

Dated: September 17, 2007        /s/
MONICA KANE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: September 19, 2007

CHARLES R. BREYER
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

Stipulation to Dismiss
C07-3788 CRB        2